# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2035



RICHARD W. WIEKING
CLERK OF COURT

October 11, 2007

Mary G. Thompson
Law Offices of Eric F. Fagan
2300 Boswell Road, Suite 211
Chula Vista, CA 91914

**Re:     JACQUELINE BRITT  v. PORTFOLIO RECOVERY ASSOCIATES**
C07-05121 (JCS)

Dear Counsel:

This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A review of  our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge  has not been filed in this case.  All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **October 25, 2007.**  These forms can be found on the Court's website at www.cand.uscourts.gov.

Sincerely,

RICHARD W. WIEKING

By: Karen L.Hom
    Deputy Clerk

Attachments

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACQUELINE BRITT,                          No.  C 07-05121 JCS

      Plaintiff(s),                        **CONSENT TO PROCEED BEFORE A**
                                           **UNITED STATES MAGISTRATE JUDGE**

   v.

PORTFOLIO RECOVERY ASSOCIATES,
ET AL.,

      Defendant(s).
_____/

    CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate

Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

final judgment. Appeal from the judgment shall be taken directly to the United States Court of

Appeals for the Ninth Circuit

Dated: _____        _____
                                      Signature

                                      Counsel for _____
                                      (Name or party or indicate "pro se")

United States District Court

For the Northern District of California

1

2

3

4                    UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    JACQUELINE BRITT,                         No.  C 07-05121 JCS

8            Plaintiff(s),

                                               **DECLINATION TO PROCEED BEFORE**
9        v.                                    **A MAGISTRATE JUDGE**
                                               **AND**
10   PORTFOLIO RECOVERY ASSOCIATES,            **REQUEST FOR REASSIGNMENT TO A**
     ET AL.,                                   **UNITED STATES DISTRICT JUDGE**
11

12           Defendant(s).
     _____/
13

14

15       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

16           The undersigned party in the above-captioned civil matter hereby declines to consent to the

17   assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

18   requests the reassignment of this case to a United States District Judge.

19

20

21   Dated: _____         _____
                                            Signature
22

23                                          Counsel for _____
                                            (Name or party or indicate "pro se")
24

25

26

27

28

3