1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                    NORTHERN DISTRICT OF CALIFORNIA
8
    JACQUELINE BRITT, an individual;
9                                              No. C 07 5121
10           Plaintiff(s),
                                               CONSENT TO PROCEED BEFORE A
11       v.                                    UNITED STATES MAGISTRATE JUDGE
    PORTFOLIO RECOVERY ASSOCIATES,
12  LLC; et al
13           Defendant(s).
                                          /
14
15        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21  Dated: 11/8/07                              _____
                                                Signature
22
                                                Counsel for  Plaintiff
23                                              (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28