Mary G. Thompson (SBN 249200)
Law Offices of Eric F. Fagan
2300 Boswell Rd., Suite 211
Chula Vista, CA 91914
mt@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiff Jacqueline Britt

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BRITT, an individual;<br><br>Plaintiff<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC; GORDON AND WONG LAW GROUP P.C.; and DOES 1 through 10 inclusive,<br>Defendants. | Civil Case No.:  C 07 5121<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT TO DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC** |

    On October 16, 2007 Defendant Portfolio Recovery Associates, LLC was served with the summons and complaint by Donald Niemeyer by personal delivery upon Dina La Porta, the agent for service. A true and correct copy of the affidavit of the proof of service is attached to this document as Exhibit A.

    Dated 11/14/2007

                                              _____/S/ Mary S. Thompson_____
                                              Mary G. Thompson, Attorney for Plaintiff