### UNITED STATES DISTRICT COURT
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
——————————
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

## November 21, 2007

**CASE NUMBER:  CV 07-05121 JCS**
**CASE TITLE:  JACQUELINE BRITT-v-PORTFOLIO RECOVERY ASSOCIATES**

### REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Charles R. Breyer** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CRB** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 11/21/07

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 11/21/07ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel

Transferor CSA