Debbie P. Kirkpatrick, Esq. (SBN 207112)
Sessions, Fishman & Nathan in California LLP
3667 Voltaire Street
San Diego, CA  92106
Tel: 619/758-1891
Fax: 619/222-3667
e-mail: dpk@sessions-law.biz

Attorney for Portfolio Recovery Associates, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BRITT, an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC; GORDON AND WONG LAW GOUP P.C., and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: C07 5121 CRB<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON<br><br>Date: 1/11/08<br>Time: 8:30 a.m.<br>Place: Courtroom 8, 19th Floor |

Plaintiff, Jacqueline Britt, and defendants, Portfolio Recovery Associates, LLC and Gordon and Wong Law Group, P.C., through undersigned counsel, hereby stipulate with respect to the following:

WHEREAS the Case Management Conference in this matter is presently scheduled for January 11, 2008; and

WHEREAS counsel for defendant Portfolio Recovery Associates, LLC has previously scheduled travel arrangements to be in New Orleans, Louisiana from January 10, 2008 to January 13, 2008.

IT IS HEREBY STIPULATED THAT the Case Management Conference in this matter be continued to the next available date on the Court's calendar after January 11, 2008.

                                      Respectfully submitted,

                                      Sessions, Fishman & Nathan in California, LLP

Dated:   12/04/07                  /s/Debbie P. Kirkpatrick
                                      Debbie P. Kirkpatrick
                                      Attorney for Defendant
                                      Portfolio Recovery Associates, LLC

                                      Law Offices of Eric F. Fagan

Dated:   12/04/07                  /s/Mary G. Thompson
                                      Mary G. Thompson
                                      Attorney for Plaintiff
                                      Jacqueline Britt


                                      Gordon & Wong Law Group, PC

Dated:   12/04/07                  /w/Mitchell L. Wong
                                      Mitchell L. Wong
                                      Attorney for Defendant
                                      Gordon & Wong Law Group, PC

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Case Management Conference shall take place on _____, 2008 at _____ a.m./p.m.

Dated:                                          _____
                                      Hon. Charles R. Breyer
                                      United States District Judge