Mary G. Thompson (SBN 249200)
LAW OFFICES OF ERIC F. FAGAN
2300 Boswell Rd. Suite 211
Chula Vista, CA 91914
mt@efaganlaw.com
Phone: 619-656-6656; fax: 775-898-5471
Attorney for Plaintiffs

Debbie P. Kirpatrick (SBN 207112)
SESSIONS, FISHMAN, NATHAN
& ISRAEL, LLP
3667 Voltaire Street
San Diego, CA 92106
dkirpatrick@sessions-law.biz
Phone: 619-758-1891; Fax: 619-222-3667
Attorney for Defendant Portfolio

Amy L. Gordon (SBN 143560)
Mitchell L. Wong (SBN 170856)
GORDON & WONG LAW GROUP, P.C.
510 Myrtle Avenue, Suite 102
South San Francisco, CA 94080
Phone: 650-583-9399; fax: 650-583-9010
Attorneys for Defendant Gordon & Wong Law Group, P.C.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BRITT, an individual; <br><br> Plaintiff <br><br> v. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC; GORDON AND WONG LAW GROUP P.C.; and DOES 1 through 10 inclusive, <br> Defendants. | Civil Case No.: C 07-5121 <br><br> **RULE 26(f) REPORT & PROPOSED DISCOVERY PLAN** <br><br> Rule 16 Conference: 1/25/08 <br> Time: 8:30 a.m. |

The parties in the above action jointly submit this Rule 26(f) report and Proposed

1

1  Discovery Plan:

3  **A.   RULE 26(f) CONFERENCE**

4  Pursuant to Fed. R. Civ. P. 26(f), a telephonic meeting was held on Tuesday,
5  December 11, 2007, at 2:00 p.m. and was attended by:
6      Mary G. Thompson for Plaintiff
7      Debbie P. Kirpatrick for Defendant Portfolio Recovery Associates, LLC
8      Mitchell L. Wong for Defendant Gordon & Wong Law Group, P.C.

10 **B.   PRE-DISCOVERY DISCLOSURES**

11 The parties will exchange by January 18, 2008, the information required by Fed. R.
12 Civ. P. 26(a)(1).

14 **C.   DESCRIPTION OF THE CASE**

15 (1) Jurisdiction of this Court arises under 15 U.S.C. §1692k(d) and 28 U.S.C.
16 §1337. Supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367.
17 (2) A brief narrative of the facts giving rise to this lawsuit, including a description
18 of legal claims and defenses:
19     <u>Plaintiff:</u>
20 Plaintiff alleges that Defendants violated numerous provisions of the federal Fair Debt
21 Collection Practices Act ("FDCPA") and the California Rosenthal Act in its attempts to
22 collect a consumer debt from Plaintiff. Plaintiff claims she is entitled to statutory damages,
23 actual damages, punitive damages and attorney's fees and costs under the Rosenthal Act and
24 the FDCPA.
25     <u>Defendants:</u>
26 Defendants deny Plaintiff's allegations and contest Plaintiffs' damage claims.
27 //
28 //

1  D.    **PLEADINGS**

2      (1)    Plaintiff's Complaint and Defendants' Answers have been filed with this Court.
3  Neither party anticipates amending their pleadings at this time.

4      (2)    A jury trial is available and Plaintiff has made a timely demand for trial by jury.

6  E.    **DISCOVERY PLAN**

7      (1)    Plaintiffs' discovery will be directed toward the communications between
8  Plaintiff and Defendant, including all telephone and mail communications. Plaintiff's
9  discovery will also be directed towards the evidence in Defendants' possession of the alleged
10 debt and the existence of accord and satisfaction prior to Defendants' state court action
11 against Plaintiff.

12     (2)    Defendants' discovery will be directed toward Plaintiffs' allegations and
13 damages.

14     (3)    Discovery will proceed according to the Federal Rules of Civil Procedure.

15     (4)    Discovery shall be completed by August 11, 2008.

16     (5)    Reports from retained experts under Rule 26(a)(2) due from each party by June
17 11, 2008.

18     (6)    No more than two experts per party are permitted to testify at the trial of this
19 matter.

20     (7)    Requests and responses to interrogatories shall be governed by Fed. R. Civ. P.
21 33.

22     (8)    Requests for admission and responses shall be governed by Fed. R. Civ. P. 36.

23     (9)    Maximum of 4 depositions by each party.

24     (10)   Each deposition limited to maximum of 7 hours unless extended by agreement
25 of parties.

26     (11)   Supplementation under Rule 26(e) due by August 11, 2008.

27 //
28 //

1  **F. MOTIONS**
2      (1)   All motions (other than motions in limine) shall be served and filed by
3  September 11, 2008.
4
5  **G. TRIAL**
6      (1)   The parties request a trial date of October 13, 2008.
7      (2)   The trial is expected to last four days.
8      (3)   The parties request a final pre-trial conference on September 29, 2008.
9      (4)   The parties shall serve and file a final exhibit list, witness list and any motions in
10 limine by September 22, 2008.
11
12 **H. ADR**
13     The parties will comply with ADR L.R. 3-5 and selected mediation.
14
15 **I. OTHER ITEMS**
16     (1)   All counsel requests to attend the Scheduling Conference by telephone
17     (2)   If the request is approved, counsel will coordinate a conference call for the
18 convenience of the Court.
19
20     Dated Jan 4, 2008             LAW OFFICES OF ERIC F. FAGAN
21
22                                    _____
                                      Mary G. Thompson, Attorney for Plaintiff
23
24
25     Dated 1/4/08                   SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP
26
27                                    _____
28                                    Debbie P. Kirpatrick, Attorney for Defendant Portfolio
                                      Recovery Associates

Dated _____    GORDON & WONG LAW GROUP, P.C.

_____
Mitchell L. Wong, Attorney for Defendant Gordon & Wong Law Group, P.C.

## CASE MANAGEMENT ORDER

The Rule 26(f) Report and Proposed Discovery Plan is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

Dated:    _____
Hon. Charles R. Breyer
United States District Judge