1  Debbie P. Kirkpatrick, Esq. (SBN 207112)
   SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP
2  3667 Voltaire Street
   San Diego, CA  92106
3  Tel: 619/758-1891
   Fax: 619/222-3667
4  e-mail: dkirkpatrick@sessions-law.biz

5

6  Attorney for Portfolio Recovery Associates, LLC

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 JACQUELINE BRITT, an individual,         ) Case No.: C07 5121 CRB
                                            )
12              Plaintiff,                  )
                                            ) REQUEST OF COUNSEL TO
13     vs.                                  ) PARTICIPATE IN CASE
                                            ) MANAGEMENT CONFERENCE
14                                          ) BY TELEPHONE AND
   PORTFOLIO RECOVERY ASSOCIATES,           ) [PROPOSED] ORDER THEREON
15 LLC; GORDON AND WONG LAW GOUP            )
   P.C., and DOES 1 through 10, inclusive,  ) Date: 1/25/08
16                                          ) Time: 8:30 a.m.
17              Defendants.                 ) Place: Courtroom 8, 19th Floor
                                            )
18                                          )
                                            )
19                                          )
                                            )
20                                          )
                                            )
21                                          )
                                            )
22                                          )
                                            )
23 ─────────────────────────────────────────)

24 ///

25 ///

26 ///

27 ///

28

The undersigned, counsel of record for defendant Portfolio Recovery Associates, LLC, hereby respectfully requests the Court's permission to participate by telephone in the Case Management Conference scheduled for January 25, 2008 at 8:30 a.m. The basis of this request is that counsel's office is located in San Diego County, California and telephonic participation in the Case Management Conference would eliminate the significant expenditure of time and resources involved in travel to and from San Francisco. For the convenience of the Court and parties, the undersigned will coordinate a toll-free conference call number for use in conducting the Case Management Conference if the requested relief is granted.

                                              Respectfully submitted,

                                              SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

Dated: 1/7/08                 /s/ Debbie P. Kirkpatrick
                                    Debbie P. Kirkpatrick
                                    Attorney for Defendant
                                    Portfolio Recovery Associates, LLC

## [PROPOSED] ORDER

Permission is hereby granted for Debbie P. Kirkpatrick, counsel of record for defendants Portfolio Recovery Associates, LLC, to participate by telephone in the Case Management Conference scheduled for January 25, 2008 at 8:30 a.m.

Dated:                                _____
                                    Hon. Charles R. Breyer
                                    United States District Judge