Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP
3667 Voltaire Street
San Diego, CA  92106-1253
Tel: 619/758-1891
Fax: 619/222-3667
dkirkpatrick@sessions-law.biz

Attorney for Portfolio Recovery Associates, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BRITT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC; GORDON AND WONG LAW GROUP P.C.;and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: C 07 5121 CRB<br><br>NOTICE OF CHANGE OF FIRM NAME<br><br>[Effective January 1, 2008] |

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT effective January 1, 2008, the firm name of Sessions, Fishman & Nathan in California, LLP will be changed to Sessions, Fishman, Nathan & Israel, LLP.

Dated: 1/08/08                                    Sessions, Fishman, Nathan & Israel, LLP

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendant
Portfolio Recovery Associates, LLC