Amy L. Gordon, Esq. (143560)
Mitchell L. Wong, Esq. (170856)
**Gordon & Wong Law Group, P.C.**
510 Myrtle Avenue, Suite 102
South San Francisco, CA 94080
Tel: (650) 583-9399
Fax: (650) 583-9010

Attorneys for Defendant
Gordon & Wong Law Group, P.C.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BRITT, an individual ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PORTFOLIO RECOVERY ASSOCIATES, ) <br> LLC; GORDON AND WONG LAW ) <br> GROUP P.C.; ET AL ) <br> Defendants. ) <br> _____ ) <br> ) | **Case No.** C 07-5121 CRB <br><br> **REQUEST TO APPEAR TELEPHONICALLY TO THE CASE MANAGEMENT CONFERENCE** <br><br> **Time: 8:30 a.m.** <br> **Date: January 25, 2008** <br> **Judge: Charles R. Breyer** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Counsel for the Defendant and Plaintiff are appearing by telephone and as counsel for this Defendant hereby requests appearance via telephone from his office at 510 Myrtle Avenue, Suite 102, South San Francisco, CA 94080; (650) 583-9399.

                                                  Respectfully submitted:

                                                  **GORDON & WONG LAW GROUP, P.C.**

Date: December 4, 2007                    By: ___/s/_____
                                                       Mitchell L. Wong
                                                Attorneys for Defendant,
                                                Gordon & Wong Law Group, P.C.

Y:\Mitch\Portfolio Recovery\Britt.request2appear telephonically.wpd

1 **[PROPOSED] ORDER**

2  The Court hereby grants the request for Mary G. Thompson to appear at the above
3 mentioned Case Management Conference telephonically.

4
5 Date: _____     _____
                                                     HONORABLE CHARLES R. BREYER

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**
2