Mary G. Thompson (SBN 249200)
Law Offices of Eric F. Fagan
2300 Boswell Rd., Suite 211
Chula Vista, CA  91914
mt@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiff Jacqueline Britt


# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JACQUELINE BRITT, an individual;  )       Civil Case No.:  C 07 5121 JCS
                                  )       ~~ORDER~~
            Plaintiff             )       ~~REQUEST~~ TO APPEAR
v.                                )       TELEPHONICALLY TO THE
                                  )       CASE MANAGEMENT
PORTFOLIO RECOVERY                )       CONFERENCE
ASSOCIATES, LLC; GORDON AND )
WONG LAW GROUP P.C.; and          )
DOES 1 through 10 inclusive,      )       Time: 8:30 AM
Defendants.                       )       Date: January 25, 2008
                                  )       Judge: Charles R. Breyer
                                  )
_____ )

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     Because counsel for the plaintiff JACQUELINE BRITT are located in San Diego, California, counsel respectfully requests to be allowed to appear at the January 25, 2008 Case Management Conference via telephone from her office at 2300 Boswell Rd. Ste 211, Chula Vista, CA 91914; (619) 656-6656.

Respectfully submitted,

Dated 1/9/2008

                ____/S/ Mary G. Thompson_____
                Mary G. Thompson, Attorney for Plaintiffs

1

2

## ~~[PROPOSED]~~ ORDER

3

The Court hereby grants the request for Mary G. Thompson to appear at the above-
mentioned Case Management Conference telephonically.

4

5

Date:_ January 11, 2008

6

Honorable Charles R. Breyer



7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST TO APPEAR TELEPHONICALLY TO THE CASE MANAGEMENT CONFERENCE