| | |
|---|---|
| 1 | Amy L. Gordon, Esq. (143560) |
|  | Mitchell L. Wong, Esq. (170856) |
| 2 | **Gordon & Wong Law Group, P.C.** |
|  | 510 Myrtle Avenue, Suite 102 |
| 3 | South San Francisco, CA 94080 |
|  | Tel: (650) 583-9399 |
| 4 | Fax: (650) 583-9010 |

Attorneys for Defendant
Gordon & Wong Law Group, P.C.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACQUELINE BRITT, an individual | ) | Case No. C 07-5121 CRB |
|  | ) | **ORDER** |
| Plaintiff, | ) | ~~REQUEST~~ **TO APPEAR** |
|  | ) | **TELEPHONICALLY TO THE CASE** |
| v. | ) | **MANAGEMENT CONFERENCE** |
|  | ) |  |
| PORTFOLIO RECOVERY ASSOCIATES, | ) | Time: 8:30 a.m. |
| LLC; GORDON AND WONG LAW | ) | Date: January 25, 2008 |
| GROUP P.C.; ET AL | ) | Judge: Charles R. Breyer |
| Defendants. | ) |  |
| _____ | ) |  |
|  | ) |  |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Counsel for the Defendant and Plaintiff are appearing by telephone and as counsel for this Defendant hereby requests appearance via telephone from his office at 510 Myrtle Avenue, Suite 102, South San Francisco, CA 94080; (650) 583-9399.

Respectfully submitted:

**GORDON & WONG LAW GROUP, P.C.**

Date: December 4, 2007                    By: ___/s/_____
                                              Mitchell L. Wong
                                          Attorneys for Defendant,
                                          Gordon & Wong Law Group, P.C.

Y:\Mitch\Portfolio Recovery\Britt.request2appear telephonically.wpd

**REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**
1

# [PROPOSED] ORDER

The Court hereby grants the request for Mary G. Thompson to appear at the above mentioned Case Management Conference telephonically.

Date: __January 11, 2008_____        _____
HONORABLE CHARLES R. BREYER



**REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**
2