**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **January 25, 2008**

**C-07-05121** **CRB**

**JACQUELINE BRITT  v.  PORTFOLIO RECOVERY ASSOCIATES**

| Attorneys: | Jeremy Golden | Debbie Kirkpatrick |
|---|---|---|
| | | Mitchell Wong |

Deputy Clerk: **BARBARA ESPINOZA**             Reporter: **Not Reported**

**PROCEEDINGS:**                                                                          **RULING:**

1. Initial Case Management Conference   -   Held

2. 

3. 

**ORDERED AFTER HEARING:**

Counsel to be present in court at next conference

(  ) ORDER TO BE PREPARED BY:    Plntf _____ Deft _____ Court _____

(X ) Referred to Magistrate Judge Maria-Elena James for:   settlement

(X ) CASE CONTINUED TO March 7, 2008 @ 10:00 a.m.  For Further Case Management Conference

Discovery Cut-Off _____    Expert Discovery Cut-Off _____
Plntf to Name Experts by _____    Deft to Name Experts by _____
P/T Conference Date _____    Trial Date _____    Set for _____ days
                          Type of Trial:  (  )Jury     (  )Court

Notes: _____