David Israel, Esq.
Sessions, Fishman, Nathan & Israel, L.L.P.
3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 70002-7227
Telephone: 504-828-3700
Facsimile: 504-828-3737

FILED
08 FEB 13 PM 5: 02
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO)

JACQUELINE BRITT,

    Plaintiff,

vs.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C.

    DefendantS.

CASE NO. C 07 5121 CRB (MEJ)

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    Pursuant to Civil L.R. 11-3, David Israel, an active member in good standing of the bar of Louisiana, hereby applies for admission to practice in the Northern District of California on a *pro hac* basis representing defendant, Portfolio Recovery Associates, LLC, in the above-entitled action.

    In support of this application, I certify on oath that:

1.     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing,* and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.     An attorney who is a member of the bar of this Court in good standing and who matains an office within the State of California has been designated as co-counsel

1 | in the above-entitled action. The name, address and telephone number of that
2 | attorney is:

Debbie P. Kirkpatrick, Esq.
Sessions, Fishman, Nathan & Israel, L.L.P.
3667 Voltaire Street
San Diego, CA 92106
(619) 758-1891

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 1, 2008.

_/s/ David Israel_
David Israel