1  David Israel, Esq.
   Sessions, Fishman, Nathan & Israel L.L.P.
2  3850 N. Causeway Blvd., Suite 200
   Metairie, Louisiana 70002-7227
3  Telephone: 504-828-3700
   Facsimile: 504-828-3737
4

5        IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                   (SAN FRANCISCO)

7  JACQUELINE BRITT,                )
                                    )
8            Plaintiff,             )
                                    )
9       vs.                         ) CASE NO. C 07 5121 CRB (MEJ)
                                    )
10 PORTFOLIO RECOVERY ASSOCIATES, L.L.C. ) **ORDER GRANTING**
                                    ) **APPLICATION FOR ADMISSION**
11           Defendant.             ) **OF ATTORNEY PRO HAC VICE**
                                    )
12                                  )
                                    )
13 _____)

14     David Israel, an active member in good standing of the bar of Louisiana, whose business

15 address and telephone number is David Israel, Sessions, Fishman, Nathan & Israel, L.L.P., 3850

16 N. Causeway Blvd., Suite 200, Metairie, Louisiana 70002-7227, telephone (504) 828-3700,

17 having applied in the above-entitled action for admission to practice in the Northern District of

18 California on a *pro hac vice* basis, representing defendant, Portfolio Recovery Associates, LLC,

19     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

20 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

21 *vice*. Service of papers upon and communication with co-counsel designated in the application

22 will constitute notice to the party. All future filings in this action are subject to the requirements

23 contained in General Order No. 45, *Electronic Case Filing*.

24

25

26 Dated: _____      _____
27                                       United States District Judge

28