1  David Israel, Esq.
   Sessions, Fishman, Nathan & Israel L.L.P.
2  3850 N. Causeway Blvd., Suite 200
   Metairie, Louisiana 70002-7227
3  Telephone: 504-828-3700
   Facsimile:  504-828-3737
4

5              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                        (SAN FRANCISCO)

7  JACQUELINE BRITT,                    )
                                        )
8            Plaintiff,                 )
9       vs.                             )  CASE NO. C 07 5121 CRB (MEJ)
                                        )
10 PORTFOLIO RECOVERY ASSOCIATES, L.L.C. )  **ORDER GRANTING**
                                        )  **APPLICATION FOR ADMISSION**
11           Defendant.                 )  **OF ATTORNEY PRO HAC VICE**
                                        )
12                                      )
                                        )
13 _____)

14      David Israel, an active member in good standing of the bar of Louisiana, whose business

15 address and telephone number is David Israel, Sessions, Fishman, Nathan & Israel, L.L.P., 3850

16 N. Causeway Blvd., Suite 200, Metairie, Louisiana 70002-7227, telephone (504) 828-3700,

17 having applied in the above-entitled action for admission to practice in the Northern District of

18 California on a *pro hac vice* basis, representing defendant, Portfolio Recovery Associates, LLC,

19      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

20 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

21 *vice*. Service of papers upon and communication with co-counsel designated in the application

22 will constitute notice to the party. All future filings in this action are subject to the requirements

23 contained in General Order No. 45, *Electronic Case Filing.*

24

25

26 Dated:  February 15, 2008      _____
27                                United States District Judge
                                  Judge Charles R. Breyer
28

*IT IS SO ORDERED*