Debbie P. Kirkpatrick, Esq. (SBN 207112)
Sessions, Fishman, Nathan & Israel, LLP
3667 Voltaire Street
San Diego, CA 92106
Tel: 619/758-1891
Fax: 619/222-3667
e-mail: dpk@sessions-law.biz

Attorney for Portfolio Recovery Associates, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BRITT, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC; GORDON AND WONG LAW GOUP P.C., and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: C07 5121 CRB<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON<br><br>Date: 3/7/08<br>Time: 10:00 a.m.<br>Place: Courtroom 8, 19th Floor |

Plaintiff, Jacqueline Britt, and defendants, Portfolio Recovery Associates, LLC and Gordon and Wong Law Group, P.C., through undersigned counsel, hereby stipulate with respect to the following:

WHEREAS a Case Management Conference in this matter requiring the personal attendance of all counsel is presently scheduled for March 7, 2008 at 10:00 a.m.; and

WHEREAS the Case Management Conference was intended to follow the Settlement Conference of the parties with Magistrate Maria Elena James; and

WHEREAS the Settlement Conference with Magistrate James is presently scheduled for May 9, 2008 at 10:00 a.m.

IT IS HEREBY STIPULATED THAT the Case Management Conference in this matter be continued to the next available date on the Court's calendar on or after May 16, 2008.

Respectfully submitted,

Sessions, Fishman, Nathan & Israel, LLP

Dated:   2/20/08          /s/Debbie P. Kirkpatrick
                          Debbie P. Kirkpatrick
                          Attorney for Defendant
                          Portfolio Recovery Associates, LLC

                          Law Offices of Eric F. Fagan

Dated:   2/20/08          /s/Mary G. Thompson
                          Mary G. Thompson
                          Attorney for Plaintiff
                          Jacqueline Britt

                          Gordon & Wong Law Group, PC

Dated:   2/20/08          /s/Mitchell L. Wong
                          Mitchell L. Wong
                          Attorney for Defendant
                          Gordon & Wong Law Group, PC

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Case Management Conference shall take place on _____, 2008 at _____ a.m./p.m.

Dated:                    _____
                          Hon. Charles R. Breyer
                          United States District Judge