Mary G. Thompson (SBN 249200)
Law Offices of Eric F. Fagan
2300 Boswell Rd., Suite 211
Chula Vista, CA 91914
mt@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiff Jacqueline Britt

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BRITT, an individual; | Civil Case No.: C 07 5121 ~~JCS~~ CRB |
| Plaintiff | ~~PROPOSED~~ ORDER |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC; GORDON AND WONG LAW GROUP P.C.; and DOES 1 through 10 inclusive, | Time: 8:30 AM |
| | Date: May 16, 2008 |
| | Judge: Charles R. Breyer |
| Defendants. | |

The Court hereby grants the request for Mary G. Thompson to appear at the above-mentioned Case Management Conference telephonically.

Date: April 24, 2008

_____
Honorable Charles R. Breyer

*IT IS SO ORDERED*
*[signature] Judge Charles R. Breyer*
*[seal: United States District Court, Northern District of California]*

1

REQUEST TO APPEAR TELEPHONICALLY TO THE CASE MANAGEMENT CONFERENCE