Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP
3667 Voltaire Street
San Diego, CA 92106
Tel: 619/758-1891
Fax: 619/222-3667
e-mail: dkirkpatrick@sessions-law.biz

Attorney for Portfolio Recovery Associates, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BRITT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC; GORDON AND WONG LAW GOUP P.C., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: C07 5121 CRB<br><br>REQUEST OF COUNSEL TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER THEREON<br><br>Date: 5/16/08<br>Time: 8:30 a.m.<br>Place: Courtroom 8, 19th Floor |

///

///

///

///

The undersigned, counsel of record for defendant Portfolio Recovery Associates, LLC, hereby respectfully requests the Court's permission to participate by telephone in the Case Management Conference scheduled for May 16, 2008 at 8:30 a.m. The basis of this request is that counsel's office is located in San Diego County, California and telephonic participation in the Case Management Conference would eliminate the significant expenditure of time and resources involved in travel to and from San Francisco. For the convenience of the Court and parties, the undersigned will coordinate a toll-free conference call number for use in conducting the Case Management Conference if the requested relief is granted.

Respectfully submitted,

SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

Dated:   4/24/08

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendant
Portfolio Recovery Associates, LLC

## [PROPOSED] ORDER

Permission is hereby granted for Debbie P. Kirkpatrick, counsel of record for defendants Portfolio Recovery Associates, LLC, to participate by telephone in the Case Management Conference scheduled for May 16, 2008 at 8:30 a.m.

Dated: _____

Hon. Charles R. Breyer
United States District Judge