1  Amy L. Gordon, Esq. (143560)
   Mitchell L. Wong, Esq. (170856)
2  **Gordon & Wong Law Group, P.C.**
   510 Myrtle Avenue, Suite 102
3  South San Francisco, CA 94080
   Tel: (650) 583-9399
4  Fax: (650) 583-9010

5  Attorneys for Defendant
   Gordon & Wong Law Group, P.C.
6

7

8                     **UNITED STATES DISTRICT COURT**

9                     **NORTHERN DISTRICT OF CALIFORNIA**

10
   JACQUELINE BRITT, an individual    )   **Case No.** C 07-5121 CRB
11                                     )
                Plaintiff,             )   **REQUEST OF COUNSEL TO**
12                                     )   **PARTICIPATE TELEPHONICALLY IN**
        v.                             )   **THE CASE MANAGEMENT**
13                                     )   **CONFERENCE AND [PROPOSED]**
   PORTFOLIO RECOVERY ASSOCIATES, )       **ORDER THEREON**
14 LLC; GORDON AND WONG LAW       )
   GROUP P.C.; ET AL              )       **Time: 8:30 a.m.**
15              Defendants.              )   **Date: May 16, 2008**
   _____   )       **Place: Courtroom 8, 19th Floor**
16                                     )   **Judge: Charles R. Breyer**

17 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18      Counsel for the Defendant Gordon & Wong Law Group respectfully requests the Court's

19 permission to participate by telephone in the Case Management Conference scheduled for May

20 16, 2008 at 8:30 am.  Despite being in the Bay Area, Plaintiff's counsel has been granted

21 permission to appear telephonically and Portfolio's counsel has also requested to appear

22 telephonically at the Conference and it would eliminate significant expenditure of time and

23 resources.  Defense Counsel would appear telephonically from his office at 510 Myrtle Avenue,

24 Suite 102, South San Francisco, CA 94080; (650) 583-9399.

25                                  Respectfully submitted:
                                    **GORDON & WONG LAW GROUP, P.C.**
26
   Date: December 4, 2007           By:  ___/s/_____
27                                        Mitchell L. Wong
                                    Attorneys for Defendant,
28                                  Gordon & Wong Law Group, P.C.

**REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**
1

1 **[PROPOSED] ORDER**

2   Permission is hereby granted for Mitchell L. Wong, counsel of record for defendant
3 Gordon & Wong Law Group, P.C. to participate by telephone in the Case management
4 Conference scheduled for May 16, 2008 at 8:30 a.m.

6 Date: __April 28, 2008_____    _____
7                                      HONORABLE CHARLES R. BREYER
                                       UNITED STATES DISTRICT JUDGE



**REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**
2