1  Debbie P. Kirkpatrick, Esq. (SBN 207112)
   SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
2  3667 Voltaire Street
   San Diego, CA  92106
3  Tel: 619/758-1891
   Fax: 619/222-3667
4  dkirkpatrick@sessions-law.biz

5  Attorney for Portfolio Recovery Associates, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BRITT, an individual;<br><br>Plaintiff<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC; GORDON AND WONG LAW GROUP P.C.; and DOES 1 through 10 inclusive,<br>Defendants. | Civil Case No.: C 07 5121 CRB<br><br>NOTICE OF SETTLEMENT AS TO DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC |

NOTICE IS HEREBY GIVEN that this case has been settled as to Plaintiff's claims against Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC ("PRA").  Plaintiff and PRA anticipate filing a stipulation of dismissal of PRA from this action with prejudice within 15 days.

Dated: 5/8/08          **LAW OFFICES OF ERIC F. FAGAN**

                        _/s/Eric F. Fagan_____
                        Eric F. Fagan
                        Attorney for Plaintiff
                        JACQUELINE BRITT

1

NOTICE OF SETTLEMENT AS TO PORTFOLIO RECOVERY ASSOCIATES, LLC

| | |
|---|---|
| Dated: 5/8/08 | **SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP** |
| | _/s/Debbie P. Kirkpatrick_____ |
| | Debbie P. Kirkpatrick |
| | Attorney for Defendant |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC |