Total Time (Hrs) 1.5

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

**AMENDED**
**CIVIL MINUTE ORDER**

**DATE:** May 9, 2008
**TITLE:** Britt -v- Portfolio Recovery                              **CASE #:** C-07-5121 CRB

**APPEARANCES:**

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| Eric F. Fagan | Mitchell L. Wong |

**Deputy Clerk:** Brenda Tolbert                                     **FTR:**

**PROCEEDINGS:**

____ Case Management
____ Further Case Management
____ Status Conference
____ Pretrial Conference
__X__ Settlement Conference (Length: 1.5 Hr/s.)
____ Evidentiary Hearing
____ Examination of Judgment Debtor
____ Motions
____ Other:

**ORDER/RESULTS:**

Settlement Conference Held.  Parties Unable to Settle.

**Case Continued To:** _____   **For:** _____
**Case Referred To:** _CRB_____   **For:** _Trial/Setting_____

**ORDER TO BE PREPARED BY:**

cc: Chambers File, Chris, Brenda, Other: