| | |
|---|---|
| Mary G. Thompson (SBN 249200) | Debbie P. Kirpatrick (SBN 207112) |
| LAW OFFICES OF ERIC F. FAGAN | SESSIONS, FISHMAN, NATHAN |
| 2300 Boswell Rd. Suite 211 | & ISRAEL, LLP |
| Chula Vista, CA 91914 | 3667 Voltaire Street |
| mt@efaganlaw.com | San Diego, CA 92106 |
| Phone: 619-656-6656; fax: 775-898-5471 | dkirpatrick@sessions-law.biz |
| Attorney for Plaintiffs | Phone: 619-758-1891; Fax: 619-222-3667 |
| | Attorney for Defendant Portfolio |

Amy L. Gordon (SBN 143560)
Mitchell L. Wong (SBN 170856)
GORDON & WONG LAW GROUP, P.C.
510 Myrtle Avenue, Suite 102
South San Francisco, CA 94080
Phone: 650-583-9399; fax: 650-583-9010
Attorneys for Defendant Gordon & Wong Law Group, P.C.

**UNITED STATES DISTRICT COURT**
**NORTHERN  DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACQUELINE BRITT, an individual; ) | Case No.:  C 07 5121 JCS |
| ) | |
| Plaintiff ) | |
| v. ) | **JOINT FURTHER CASE** |
| ) | **MANAGEMENT STATEMENT** |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC; GORDON AND ) | |
| WONG LAW GROUP P.C.; and ) | CMC: May 16, 2008 |
| DOES 1 through 10 inclusive, ) | Time:  8:30 a.m. |
| Defendants. ) | |

//

1

JOINT FURTHER CASE MANAGEMENT STATEMENT

The parties in the above action jointly submit this further case management statement.

On May 9, 2008, the Honorable Maria-Elena James conducted a settlement conference.  Prior to the conference Plaintiff and Defendant Portfolio Recovery Associates settled the matter.  At the conference Plaintiff and Defendant Gordon and Wong were unable to settle.

The remaining parties request that the court set the matter for trial.

Dated May 15, 2008          LAW OFFICES OF ERIC F. FAGAN

_____s/ Eric F. Fagan _____
Eric F. Fagan,
Attorney for Plaintiff

Dated May 15, 2008          SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

_____s/ Debbie P. Kirkpatrick_____
Debbie P. Kirpatrick, Attorney for Defendant Portfolio Recovery Associates

Dated May 15, 2008          GORDON & WONG LAW GROUP, P.C.

_____s/ Mitchell L. Wong_____
Mitchell L. Wong, Attorney for Defendant Gordon & Wong Law Group, P.C.