**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **May 16, 2008**

**C-07-05121** CRB

**JACQUELINE BRITT** v. **PORTFOLIO RECOVERY ASSOCIATES**

Attorneys:   Eric Fagan (telephone)

Deputy Clerk: **BARBARA ESPINOZA**            Reporter: **Not Reported**

**PROCEEDINGS:**                                                                                    **RULING:**

1. Further Case Management Conference  - Held

2.

3.

**ORDERED AFTER HEARING:**

Matter continued; counsel to be present in person at the next case management conference.

( ) ORDER TO BE PREPARED BY:   Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO May 30, 2008 @ 10:00 a.m. for Further Case Management Conference

Discovery Cut-Off _____                          Expert Discovery Cut-Off _____
Plntf to Name Experts by _____                   Deft to Name Experts by _____
P/T Conference Date _____     Trial Date _____     Set for _____ days
                        Type of Trial:  ( )Jury    ( )Court

Notes: _____