Mary G. Thompson (SBN 249200)
Law Offices of Eric F. Fagan
2300 Boswell Rd., Suite 211
Chula Vista, CA  91914
mt@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiff Jacqueline Britt

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BRITT, an individual;<br><br>            Plaintiff<br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC; GORDON AND WONG LAW GROUP P.C.; and DOES 1 through 10 inclusive,<br>Defendants. | Civil Case No.:  C 07 5121<br><br>**NOTICE OF SETTLEMENT-TRIAL SETTING CONFERENCE**<br><br>Date: May 30, 2008<br>Time: 10:00 AM<br>Judge: Charles R. Breyer |

NOTICE IS HEREBY GIVEN that the court has set a conference to establish a trial date and explore settlement on the above date.

Dated:  5/16/08            **LAW OFFICES OF ERIC F. FAGAN**

                           _/s/Eric F. Fagan_____
                           Eric F. Fagan
                           Attorney for Plaintiff
                           JACQUELINE BRITT