Mary G. Thompson (SBN 249200)
Law Offices of Eric F. Fagan
2300 Boswell Rd., Suite 211
Chula Vista, CA  91914
mt@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiff Jacqueline Britt

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BRITT, an individual; ) | Civil Case No.:  C 07 5121 JCS |
| ) | |
| Plaintiff ) | **REQUEST TO APPEAR** |
| v. ) | **TELEPHONICALLY TO THE** |
| ) | **CASE MANAGEMENT** |
| PORTFOLIO RECOVERY ) | **CONFERENCE** |
| ASSOCIATES, LLC; GORDON AND ) | |
| WONG LAW GROUP P.C.; and ) | |
| DOES 1 through 10 inclusive, ) | Time: 10:00 |
| Defendants. ) | Date: May 30, 2008 |
| ) | Judge: Charles R. Breyer |
| ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Because counsel for the plaintiff JACQUELINE BRITT are located in San Diego, California, counsel respectfully requests to be allowed to appear at the May 19, 2008, Case Management Conference via telephone from her office at 2300 Boswell Rd. Ste 211, Chula Vista, CA 91914; (619) 656-6656.

Respectfully submitted,

Dated 5/19/2008

                                       ___/S/ Mary G. Thompson_____
                                       Mary G. Thompson, Attorney for Plaintiff

1