Mary G. Thompson (SBN 249200)
Law Offices of Eric F. Fagan
2300 Boswell Rd., Suite 211
Chula Vista, CA  91914
mt@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiff Jacqueline Britt

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BRITT, an individual; ) | Civil Case No.:  C 07 5121 JCS |
| ) | |
| Plaintiff  ) | **PROPOSED ORDER** |
| v. ) | |
| ) | |
| PORTFOLIO RECOVERY ) | Time: 10:00 |
| ASSOCIATES, LLC; GORDON AND ) | Date: May 30, 2008 |
| WONG LAW GROUP P.C.; and ) | Judge: Charles R. Breyer |
| DOES 1 through 10 inclusive, ) | |
| Defendants. ) | |
| ) | |
| ) | |
|                                                                    ) | |

The Court hereby grants the request for Mary G. Thompson to appear at the above-mentioned Case Management Conference telephonically.

Date:_____                    _____
                                                              Honorable Charles R. Breyer

1

REQUEST TO APPEAR TELEPHONICALLY TO THE CASE MANAGEMENT CONFERENCE