1  Eric F Fagan (SBN 87071)
   Law Offices of Eric F. Fagan
2  2300 Boswell Rd., Suite 211
3  Chula Vista, CA  91914
   mt@efaganlaw.com
4  Phone: 619-656-6656 Fax: 775-898-5471
5  Attorney for Plaintiff Jacqueline Britt

6

7

8

9              **UNITED STATES DISTRICT COURT**
10            **NORTHERN DISTRICT OF CALIFORNIA**

11
   JACQUELINE BRITT, an individual;  )    Civil Case No.:  C 07 5121 JCS
12                                    )
13        Plaintiff                   )    **COUNSEL WITHDRAWS HIS**
   v.                                 )    **REQUEST TO APPEAR**
14                                    )    **TELEPHONICALLY TO THE**
15 PORTFOLIO RECOVERY               )    **CASE MANAGEMENT**
   ASSOCIATES, LLC; GORDON AND )    **CONFERENCE**
16 WONG LAW GROUP P.C.; and          )
17 DOES 1 through 10 inclusive,       )
   Defendants.                        )    Time: 10:00
18                                    )    Date: May 30, 2008
19                                    )    Judge: Charles R. Breyer
                                      )
20 _____ )

21 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22     Because counsel for the plaintiff JACQUELINE BRITT are located in San Diego,

23 California, counsel respectfully requests to be allowed to appear at the May 19, 2008, Case

24 Management Conference via telephone from her office at 2300 Boswell Rd. Ste 211, Chula

25 Vista, CA 91914; (619) 656-6656.

26 Respectfully submitted,

27
   Dated 5/20/2008
28
                              ___/S/ Eric F Fagan_____
                              Eric F Fagan, Attorney for Plaintiff

   COUNSEL WITHDRAWS HIS REQUEST TO APPEAR TELEPHONICALLY TO THE CASE MANAGEMENT
                              CONFERENCE