1  Mary G. Thompson (SBN 249200)
2  Law Offices of Eric F. Fagan
   2300 Boswell Rd., Suite 211
3  Chula Vista, CA  91914
4  mt@efaganlaw.com
   Phone: 619-656-6656 Fax: 775-898-5471
5  Attorney for Plaintiff Jacqueline Britt

6

7

8

9              **UNITED STATES DISTRICT COURT**
10              **NORTHERN DISTRICT OF CALIFORNIA**

11

12 JACQUELINE BRITT, an individual;   )   Civil Case No.:  C 07 5121 JCS
                                      )
13         Plaintiff                  )   **~~PROPOSED~~ ORDER DENYING**
                                      )
14 v.                                 )
                                      )
15 PORTFOLIO RECOVERY                 )   Time: 10:00
16 ASSOCIATES, LLC; GORDON AND        )   Date: May 30, 2008
   WONG LAW GROUP P.C.; and           )   Judge: Charles R. Breyer
17 DOES 1 through 10 inclusive,       )
18 Defendants.                        )
                                      )
19                                    )
                                      )
20 _____)

21
22      The Court hereby grants the request for Mary G. Thompson to appear at the above-
23 mentioned Case Management Conference telephonically.

24 Date:__May 20, 2008__             _____
25                                   Honorable Charles R. Breyer

26

27

28

                                       1

REQUEST TO APPEAR TELEPHONICALLY TO THE CASE MANAGEMENT CONFERENCE

**DENIED**
Judge Charles R. Breyer