TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:  (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendant
Gordon and Wong Law Group, P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BRITT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC; GORDON AND WONG LAW GROUP P.C. and DOES 1 through 10 inclusive, <br><br> Defendants. | CASE NO.: C 07-05121 CRB <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL BY DEFENDANT GORDON AND WONG LAW GROUP, P.C.** |

1  PLEASE TAKE NOTICE that defendant Gordon and Wong Law Group, P.C. hereby substitutes the law firm of Simmonds & Narita LLP as its counsel of record in this action in place of its present counsel Mitchell L. Wong of Gordon & Wong Law Group, P.C. The new address for counsel for Gordon and Wong Law Group, P.C. shall be:

**Tomio B. Narita**
**Jeffrey A. Topor**
**Simmonds & Narita LLP**
**44 Montgomery Street, Suite 3010**
**San Francisco, CA 94104**
**Tel.: (415) 283-1000**
**Fax: (415) 352-2625**

I consent to the above substitution.

By: _____
Mitchell L. Wong
On Behalf of Gordon and Wong P.C.

I consent to the above substitution.

By: _____
Tomio B. Narita
Simmonds & Narita LLP

DATED: May 22, 2008

SIMMONDS & NARITA LLP
TOMIO B. NARITA
JEFFREY A. TOPOR

By:   s/Tomio B. Narita
      Tomio B. Narita
      Attorneys for defendant
      Gordon and Wong Law Group, P.C.

BRITT V. PORTFOLIO RECOVERY ASSOCIATES, LLC ET AL. (CASE NO. C 07-05121 CRB)
GORDON AND WONG LAW GROUP, P.C. NOTICE OF SUBSTITUTION OF COUNSEL                    2.