1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for Defendant
   Gordon and Wong Law Group, P.C.

7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11
   JACQUELINE BRITT, an              )  CASE NO.: C 07-05121 CRB
12 individual,                       )
                                     )
13            Plaintiff,             )
                                     )  **NOTICE OF SUBSTITUTION**
14                                   )  **OF COUNSEL BY DEFENDANT**
                                     )  **GORDON AND WONG LAW**
15       vs.                         )  **GROUP, P.C.**
                                     )
16                                   )
   PORTFOLIO RECOVERY               )
17 ASSOCIATES, LLC; GORDON          )
   AND WONG LAW GROUP P.C.          )
18 and DOES 1 through 10 inclusive,  )
                                     )
19                                   )
              Defendants.            )
20 _____ )

21

22

23

24

25

26

27

28

---
BRITT V. PORTFOLIO RECOVERY ASSOCIATES, LLC ET AL. (CASE NO. C 07-05121 CRB)
GORDON AND WONG LAW GROUP, P.C. NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that defendant Gordon and Wong Law Group, P.C. hereby substitutes the law firm of Simmonds & Narita LLP as its counsel of record in this action in place of its present counsel Mitchell L. Wong of Gordon & Wong Law Group, P.C. The new address for counsel for Gordon and Wong Law Group, P.C. shall be:

**Tomio B. Narita**
**Jeffrey A. Topor**
**Simmonds & Narita LLP**
**44 Montgomery Street, Suite 3010**
**San Francisco, CA 94104**
**Tel.: (415) 283-1000**
**Fax: (415) 352-2625**

I consent to the above substitution.

By: _____
　　 Mitchell L. Wong
　　 On Behalf of Gordon and Wong P.C.

I consent to the above substitution.

By: _____
　　 Tomio B. Narita
　　 Simmonds & Narita LLP

DATED: May 22, 2008

Signed: 5/27/08

IT IS SO ORDERED

Judge Charles R. Breyer

SIMMONDS & NARITA LLP
TOMIO B. NARITA
JEFFREY A. TOPOR

By: _____s/Tomio B. Narita_____
　　 Tomio B. Narita
　　 Attorneys for defendant
　　 Gordon and Wong Law Group, P.C.

BRITT V. PORTFOLIO RECOVERY ASSOCIATES, LLC ET AL. (CASE NO. C 07-05121 CRB)
GORDON AND WONG LAW GROUP, P.C. NOTICE OF SUBSTITUTION OF COUNSEL

2.