1 Eric F. Fagan (SBN #87071)
  Law Offices of Eric F. Fagan
2 2300 Boswell Rd., Suite 211
3 Chula Vista, CA 91914
  mt@efaganlaw.com
4 Phone: 619-656-6656 Fax: 775-898-5471
5 Attorney for Plaintiff Jacqueline Britt

6
7
8
                UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT
10
11 JACQUELINE BRITT, an individual;  )  Civil Case No.: C 07 5121 CRB
                                     )
12         Plaintiff                 )  APPLICATION, STIPULATION
13 v.                                )  AND PROPOSED ORDER OF
                                     )  DISMISSAL
14 PORTFOLIO RECOVERY                )
15 ASSOCIATES, LLC; GORDON AND       )
   WONG LAW GROUP P.C.; and          )
16 DOES 1 through 10 inclusive,      )
17 Defendants.                       )
                                     )
18                                   )
19 ─────────────────────────────────)
20
                            I.
21
                       APPLICATION
22
   Plaintiff Jacqueline Britt and defendant Portfolio Recovery Associates, LLC hereby
23
   apply to this court for dismissal with prejudice of defendant Portfolio Recovery Associates,
24
   LLC. Good cause exists for the dismissal as set forth below in the stipulation.
25
                            II.
26
                       STIPULATION
27
   IT IS HEREBY STIPULATED by and between the Plaintiff and the Defendant
28
   Portfolio Recovery Associates, LLC, that the action be and hereby is dismissed with
   prejudice pursuant to FRCP 41(a)(1) as to defendant Portfolio Recovery Associates, LLC.

                                    1
           APPLICATION, STIPULATION AND PROPOSED ORDER OF DISMISSAL

1 | This dismissal shall not affect the claims against Defendant GORDON AND WONG LAW
2 | GROUP P.C.; and DOES 1 through 10 inclusive.
3
4 | DATED: __5/30__, 2008
5
6 | _____
7 | Eric F. Hagan
  | Attorney for Plaintiff
8
9
10 | DATED: __5/29__, 2008    Sessions, Fishman, Nathan & Israel, LLP
11
12 | _____
13 | Debbie Kirkpatrick
   | Attorney for Portfolio Recovery Associates, LLC
14
15
16 | ### III.
17 | ### PROPOSED ORDER
18 | Good cause having been shown, it is hereby ordered that this action be and hereby is
19 | dismissed with prejudice as to defendant Portfolio Recovery Associates, LLC only. This
20 | dismissal shall not affect the claims against Defendant GORDON AND WONG LAW
21 | GROUP P.C.; and DOES 1 through 10 inclusive.
22 | DATE: _____    _____
23 |                          UNITED STATES DISTRICT COURT JDUGE
24
25
26
27
28