1  Eric F. Fagan (SBN #87071)
   Law Offices of Eric F. Fagan
2  2300 Boswell Rd., Suite 211
3  Chula Vista, CA 91914
   mt@efaganlaw.com
4  Phone: 619-656-6656 Fax: 775-898-5471
5  Attorney for Plaintiff Jacqueline Britt
6
7
8
                UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT
10

11  JACQUELINE BRITT, an individual;   )   Civil Case No.: C 07 5121 CRB
                                       )
12           Plaintiff                 )   APPLICATION, STIPULATION
13  v.                                 )   AND ~~PROPOSED~~ ORDER OF
                                       )   DISMISSAL
14  PORTFOLIO RECOVERY                 )
15  ASSOCIATES, LLC; GORDON AND        )
    WONG LAW GROUP P.C.; and           )
16  DOES 1 through 10 inclusive,       )
17  Defendants.                        )
                                       )
18                                     )
19  _____)

20
                                    I.
21
                               APPLICATION
22
       Plaintiff Jacqueline Britt and defendant Portfolio Recovery Associates, LLC hereby
23
    apply to this court for dismissal with prejudice of defendant Portfolio Recovery Associates,
24
    LLC. Good cause exists for the dismissal as set forth below in the stipulation.
25
                                    II.
26
                               STIPULATION
27
       IT IS HEREBY STIPULATED by and between the Plaintiff and the Defendant
28
    Portfolio Recovery Associates, LLC, that the action be and hereby is dismissed with
    prejudice pursuant to FRCP 41(a)(1) as to defendant Portfolio Recovery Associates, LLC.

                                          1
          APPLICATION, STIPULATION AND PROPOSED ORDER OF DISMISSAL

This dismissal shall not affect the claims against Defendant GORDON AND WONG LAW GROUP P.C.; and DOES 1 through 10 inclusive.

DATED: 5/30, 2008

_____
Eric F. Hagan
Attorney for Plaintiff

DATED: 5/29, 2008    Sessions, Fishman, Nathan & Israel, LLP

_____
Debbie Kirkpatrick
Attorney for Portfolio Recovery Associates, LLC

### III.
### ~~PROPOSED~~ ORDER

Good cause having been shown, it is hereby ordered that this action be and hereby is dismissed with prejudice as to defendant Portfolio Recovery Associates, LLC only. This dismissal shall not affect the claims against Defendant GORDON AND WONG LAW GROUP P.C.; and DOES 1 through 10 inclusive.

DATE: May 30, 2008

_____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

2
APPLICATION, STIPULATION AND PROPOSED ORDER OF DISMISSAL