**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **May 30, 2008**

**C-07-05121** CRB

**JACQUELINE BRITT** v. **PORTFOLIO RECOVERY ASSOCIATES**

Attorneys:     Eric Fagan                    Tomio Narita

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

| PROCEEDINGS: | RULING: |
|---|---|

1. Further Case Management Conference  -  Held

2. 

3. 

**ORDERED AFTER HEARING:**

Counsel to set a further settlement conference with Magistrate Judge Maria-Elena James

Counsel are to appear in person at the next case management conference
(  ) ORDER TO BE PREPARED BY:   Plntf _____  Deft _____  Court _____

(  ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO August 01, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____                    Expert Discovery Cut-Off _____
Plntf to Name Experts by _____             Deft to Name Experts by _____
P/T Conference Date _____      Trial Date _____      Set for _____ days
                    Type of Trial: (  )Jury    (  )Court

Notes: _____