Eric F. Fagan (SBN #87071)
Elizabeth J. Arleo (SBN #201730)
Law Offices of Eric F. Fagan
2300 Boswell Rd., Suite 211
Chula Vista, CA  91914
Elizabeth@arleolaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiff Jacqueline Britt

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT

| | |
|---|---|
| JACQUELINE BRITT, an individual; ) | Civil Case No.:  C 07 5121 CRB |
| ) | |
| Plaintiff ) | **NOTICE OF ASSOCIATION OF** |
| ) | **COUNSEL** |
| v. ) | |
| ) | |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC; GORDON AND ) | |
| WONG LAW GROUP P.C.; and ) | |
| DOES 1 through 10 inclusive, ) | |
| Defendants. ) | |
| ) | |
| ) | |

Please take notice that Elizabeth J. Arleo, 2300 Boswell Rd. St 211, Chula Vista CA, 91914, is associating with plaintiff's present counsel in this matter.

DATED: June 30, 2008

  __/S/ Eric F Fagan_____
  Eric F. Fagan
  Attorney for Plaintiff

1
NOTICE OF ASSOCIATION OF COUNSEL