Total Time (Hrs) 2.5

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

### CIVIL MINUTE ORDER

**DATE:** July 16, 2008
**TITLE:** Britt -v- Portfolio Recovery                     **CASE #:** C-07-5121 CRB

**APPEARANCES:**

**FOR PLAINTIFF:**                                          **FOR DEFENDANT:**

Elizabeth J. Arleo                                          Tomio Narita

**Deputy Clerk:** Brenda Tolbert                            **FTR:**

**PROCEEDINGS:**

\_\_\_\_ Case Management
\_\_\_\_ Further Case Management
\_\_\_\_ Status Conference
\_\_\_\_ Pretrial Conference
_X_  Settlement Conference (Length: 2.5 Hr/s.)
\_\_\_\_ Evidentiary Hearing
\_\_\_\_ Examination of Judgment Debtor
\_\_\_\_ Motions
\_\_\_\_ Other:

**ORDER/RESULTS:**

Settlement Conference Held.

**Case Continued To:** 8-12-08 at 2:00 p.m.        **For:** Furt Setmt Conf-Telephonic
**Case Referred To:**                              **For:**

**ORDER TO BE PREPARED BY:**

**cc:** Chambers File, Chris, Brenda, Other: