TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendant
Gordon and Wong Law Group, P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BRITT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC; GORDON AND WONG LAW GROUP P.C. and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | CASE NO.: C 07-05121 CRB<br><br>**NOTICE OF SETTLEMENT** |

1 | Plaintiff Jacqueline Britt and Defendants Gordon & Wong Law Group, P.C. hereby provide Notice of Settlement.  The parties are presently memorializing the settlement and expect to file a dismissal within thirty days of this Notice.

DATED:  July 31, 2008

SIMMONDS & NARITA LLP
TOMIO B. NARITA
JEFFREY A. TOPOR


By:   s/Tomio B. Narita
       Tomio B. Narita
       Attorneys for defendant
       Gordon and Wong Law Group, P.C.