Eric F. Fagan (SBN #87071)
Law Offices of Eric F. Fagan
2300 Boswell Rd., Suite 211
Chula Vista, CA  91914
efagan@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471

Elizabeth J. Arleo (SBN #201730)
Arleo Law Firm, PLC
1672 Main Street, Suite E – PMB 133
Ramona, CA 92065
Phone: 760-789-8000 Fax 760-789-8081
elizabeth@arleolaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BRITT;<br><br>        Plaintiff,<br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC; GORDON AND WONG LAW GROUP P.C.; and DOES 1 through 10 inclusive;<br><br>        Defendants<br>_____ | ) Civil Case No.:  CV 07-5121 JCS<br>)<br>) **NOTICE OF CHANGE OF**<br>) **ADDRESS AND FIRM**<br>) **AFFILIATION**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, all pleadings, orders, correspondence, and other materials relating to this litigation directed to plaintiff's counsel, Elizabeth J. Arleo, should be addressed as follows:

> Elizabeth J. Arleo
> Arleo Law Firm, PLC
> 1672 Main Street, Suite E
> PMB 133
> Ramona, CA 92065
> Telephone: 760-789-8000
> Fax: 760-789-8081

DATED: September 11, 2008      Respectfully submitted,

ARLEO LAW FIRM, PLC
ELIZABETH J. ARLEO

    s/Elizabeth J. Arleo
ELIZABETH J. ARLEO

1672 Main Street, Suite E
PMB 133
Ramona, CA 92065
Telephone 760-789-8000
760-789-8081 (fax)

Attorney for Plaintiff

07-CV-5121 CRB

## CERTIFICATE OF SERVICE

Attorney for Plaintiff certifies that the foregoing pleading is true and accurate and that a copy of the foregoing document has been served this day upon:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric F. Fagan**
  efagan@efaganlaw.com,jeremy@efaganlaw.com,dorian@efaganlaw.com
- **David Israel**
  disrael@sessions-law.biz,dorellana@sessions-law.biz,dblack@sessions-law.biz
- **Debbie Paulerio Kirkpatrick**
  dkirkpatrick@sessions-law.biz,mwinder@sessions-law.biz,dorellana@sessions-law.biz,acoito@sessions-law.biz
- **Tomio Buck Narita**
  tnarita@snllp.com,sschmitt@snllp.com
- **Mary Gloria Thompson**
  mt@efaganlaw.com
- **Jeffrey A. Topor**
  jtopor@snllp.com,sschmitt@snllp.com

**Manual Notice List**

```
The following is the list of attorneys who are not on
the list to receive e-mail notices for this case (who
therefore require manual noticing).

    [NONE]
```

I declare under penalty of perjury that the foregoing is true and correct.

Dated:          September 11, 2008              s/Elizabeth J. Arleo_____
                                                ELIZABETH J. ARLEO

07-CV-5121 CRB