1  Eric F. Fagan (SBN #87071)
   Law Offices of Eric F. Fagan
2  2300 Boswell Rd., Suite 211
3  Chula Vista, CA  91914
   mt@efaganlaw.com
4  Phone: 619-656-6656 Fax: 775-898-5471
5  Attorney for Plaintiff Jacqueline Britt

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT**

| | |
|---|---|
| JACQUELINE BRITT, an individual;   ) | Civil Case No.:  C 07 5121 CRB |
| ) | |
| Plaintiff   ) | **APPLICATION, STIPULATION** |
| ) | **AND ~~PROPOSED~~ ORDER OF** |
| v.   ) | **DISMISSAL** |
| ) | |
| PORTFOLIO RECOVERY   ) | |
| ASSOCIATES, LLC; GORDON AND   ) | |
| WONG LAW GROUP P.C.; and   ) | |
| DOES 1 through 10 inclusive,   ) | |
| Defendants.   ) | |
| ) | |
| _____ ) | |

# I.
# APPLICATION

Plaintiff Jacqueline Britt and defendant Gordon & Wong Law Group, P.C. ("Gordon &Wong") hereby apply to this court for dismissal with prejudice of defendant Gordon & Wong.  Good cause exists for the dismissal as set forth below in the stipulation.

# II.
# STIPULATION

IT IS HEREBY STIPULATED by and between the Plaintiff and the Defendant Gordon & Wong, that the action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) as to defendant Gordon & Wong.

DATED: _____, 2008

_____
Eric F. Fagan
Attorney for Plaintiff

DATED: _____, 2008    Simmonds &Narita LLP

_____
Tomio Narita
Attorney for Gordon & Wong

# III.
# ~~PROPOSED~~ ORDER

Good cause having been shown, it is hereby ordered that this action be and hereby is dismissed with prejudice as to defendant Gordon & Wong Law Group, P.C.

DATE: Nov. 03, 2008        _____
                           UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*

2
APPLICATION, STIPULATION AND PROPOSED ORDER OF DISMISSAL